# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

     v.

FREDERICK ALAN VANTASSEL,

    Petitioner

No. 238 WAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

## ORDER

**PER CURIAM**

  **AND NOW**, this 21st day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.